No. 695. LIBERTY BANK OF BUFFALO *v.* BUFFALO. March 18, 1935. Petition for writ of certiorari to the

Supreme Court of New York denied. *Mr. R. Randolph Hicks* for petitioner. *Mr. Herbert A. Hickman* for respondent.